(Pleito No. 49.—Fallado el 8 de Mayo de 1900.)

## Cortada contra Carreras.

Recurso contra sentencia dictada por el Tribunal de Distrito de Ponce.

### AUTO.

Por desistido á tenor de lo estatuído en el artículo 1,787 de la Ley de Enjuiciamiento Civil.